UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14108-CIV-GRAHAM

PERRY VANDERFORD,

    Plaintiff,

vs.

WALTER A. McNEIL, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's complaint under the Civil Rights Act, 42 U.S.C. § 1983 [D.E.s 1, 17, 19], as amended.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge White issued a Report and Recommendation [D.E. 23] recommending that (i) the Eight Amendment claim of denial of proper medical care proceed against the Defendants Connors and Wright in their individual capacity; (ii) all claims alleging constitutional retaliation be dismissed without prejudice; and (iii) all other claims de dismissed for failure to state a claim. Plaintiff filed objections [D.E. 35].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Magistrate's Report fully sets forth the grounds for dismissal of the claims

other than the claim under the Eighth Amendment for denial of proper medical care. In objecting to the Magistrate Judge's Report, Plaintiff submitted vague and conclusory statements that, fail to provide a basis for relief. Moreover, Plaintiff continues to file pleadings containing vague allegations that, in order to fully address Plaintiff's apparent grievances, the Court has construed as amendments to the complaint. The amendments notwithstanding, this Court finds that the Magistrate Report should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 23] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Eighth Amendment claim of denial of proper medical care may proceed against the Defendants Connors and Wright in their individual capacity. All claims alleging unconstitutional retaliation are dismissed without prejudice. Lastly, all other claims and defendants are dismissed for failure to state a claim.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
   Perry Vanderford, <u>Pro Se</u>
   Counsel of Record